IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGELA D. BISHOP,

        Plaintiff,                                  No. CIV S-08-1582 DAD

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,         ORDER TO SHOW CAUSE

        Defendant.

_____/

        On July 25, 2008, the court issued a scheduling order which required plaintiff to file a motion for summary judgment and/or remand within 45 days after being served with a copy of the administrative record. (Doc. No. 8.) Defendant served a copy of the administrative record on plaintiff on April 6, 2009. (Doc. No. 19.) The required time for filing a motion has expired, and plaintiff has not filed a motion, submitted a stipulation and proposed order granting an extension of time to file a motion, or notified the court that new evidence was properly submitted to the Social Security Administration with a request for voluntary remand and the request is still pending or was declined less than 45 days prior to the date of this order.[1]

---

[1] The record reflects that plaintiff previously failed to comply in a timely manner with the court's July 25, 2008 orders regarding the transmittal of documents to the United States Marshal for service of process and the submission of a form consenting or declining to consent to proceed before a magistrate judge. See Order filed Jan. 7, 2009 (Doc. No. 11).

1

1  Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause
2  in writing within twenty days of the filed date of this order why this case should not be dismissed
3  for lack of prosecution.  Failure to <u>timely</u> file the required writing will result in dismissal of the
4  action.
5  DATED: June 26, 2009.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/bishop1582.osc.ftp