LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    Shea.Bond@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| ANGELA BISHOP,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:08-CV-01582-DAD<br><br>**STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and**<br><br>**REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT** |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to take the following action:

    Update the medical record with evidence from the treating sources to clarify the severity of the claimant's physical and mental impairments, including medical source statements; evaluate all of the medical source opinions of record, including those of Dr. Budham and the State agency physicians; obtain, if warranted, a consultative psychiatric examination with psychological testing and medical source statements; evaluate the severity of any mental impairment pursuant

to 20 CFR § 416.920a; re-evaluate Plaintiff's credibility and residual functional capacity; and determine whether Plaintiff can return to her past relevant work and/or a significant number of other jobs in the national economy, obtaining vocational expert testimony if necessary.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

                Respectfully submitted,

Dated: September 4, 2009        /s/ *Frederick J. Daley Jr.*
(As authorized via email)
FREDERICK J. DALEY JR.
Attorney for Plaintiff

Dated: September 9, 2009        LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Shea Lita Bond*
SHEA LITA BOND
Special Assistant U.S. Attorney

IT IS SO ORDERED:

DATED: September 11, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/bishop1582.stipord.remand